■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVID MEATH, Appellant. [632 NYS2d 1014] —Judgment unanimously affirmed. Memorandum: The evidence, viewed in the light most favorable to the People *(see, People v Contes,* 60 NY2d 620, 621), is sufficient to support defendant's conviction of obstructing governmental administration in the second degree (Penal Law § 195.05). Defendant's "acts constituted a knowing, physical interference with and disruption of the official function * * * being performed by [the officer]" *(People v Tarver,* 188 AD2d 938, *lv denied* 81 NY2d 893; *see, People v Case,* 42 NY2d 98, 102; *People v Ravizee,* 146 Misc 2d 679, 682-683).

We have examined defendant's remaining contentions and conclude that they are lacking in merit. (Appeal from Judgment of Ontario County Court, Sirkin, J.—Assault, 2nd Degree.) Present—Green, J. P., Lawton, Callahan, Balio and Boehm, JJ.